IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number 3:16cr28/MCR

BENJAMIN D. STROMSTAD

_____/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove the defendant is guilty of the offense charged in the Indictment to which the defendant is pleading guilty. The parties further agree that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

On July 6, 2015, a Department of Homeland Security special agent, in an undercover capacity, signed into a mobile messaging application and entered a chat room designed for individuals trading child pornography. The display picture for the chat room was a child pornography image. The special agent observed a user, later identified as the defendant, posting child exploitation files in the chat room.

1

The special agent took screenshots of the chat room showing the postings and downloaded the child pornography files. Overall, between July 2, 2015, and July 10, 2015, the defendant distributed six (6) child pornography files in the chat room. In addition, the special agent observed other users posting child pornography files in the chat room in response to the defendant's postings. The child pornography files posted in the chat room were shipped in interstate or foreign commerce using the internet.

On July 7, 2015, the mobile messaging application provided a history of internet protocol (IP) addresses utilized by the defendant. The special agent discovered the IP addresses geo-located to Cox Communications in the Pensacola, Florida area.

On July 10, 2015, the special agent served a DHS summons on Cox Communications for the subscriber information for IP addresses. The information provided by Cox Communications revealed the IP addresses were assigned to the Escambia County Sheriff's Office (ECSO) and to the defendant's residence in Pensacola, Florida.

On August 11, 2015, the special agent discovered the defendant was a deputy in training of the ECSO. Records obtained from ECSO showed the defendant was at the sheriff's office during the dates and times the child pornography files were

posted in the chat room.

On August 20, 2015, a federal search warrant was executed at the defendant's residence. Post *Miranda*, the defendant told agents that he was employed with ECSO in the field training officer program. Also, the defendant said he joined the mobile messaging application in June or July of 2015 and used the username observed by the special agent in the chat room. Agents seized the defendant's Samsung cellular telephone and Acer laptop.

A forensic examination of the defendant's Samsung cellular telephone revealed approximately 20 images and eight (8) videos of child pornography in unallocated space. A forensic examination of the Acer laptop revealed approximately 574 child pornography images located primarily in thumb cache archives and in unallocated space, with dates reporting back to October 15, 2012. Also, approximately 10 child pornography video files were located in the local temp folder with dates reporting back to October 13, 2012.

### Elements of the Offenses

*Counts One and Two* - ECCA Pattern Jury Instruction 83.4A

1. the Defendant knowingly [received] [distributed] an item or items of child pornography;

2. the item[s] of child pornography had been [transported][shipped][mailed] in interstate or foreign commerce [including by computer]; and

3

3. when the Defendant received or distributed the item[s], the Defendant believed the item[s] [was] [were] [contained] child pornography.

|  |  |
|---|---|
| *(signature)* <br> _____ <br> CHRISTOPHER R. CRAWFORD <br> Attorney for Defendant <br><br> ___4/29/16_____ <br> Date <br><br> *(signature)* <br> _____ <br> BENJAMIN D. STROMSTAD <br> Defendant <br><br> ___4/29/16_____ <br> Date | CHRISTOPHER P. CANVOA <br> United States Attorney <br><br> *(signature)* <br> _____ <br> JEFFREY M. THARP <br> Assistant U.S. Attorney <br> Northern District of Florida <br> Florida Bar No. 45066 <br> 21 East Garden Street, Suite <br> Pensacola, Florida 32502 <br> (850) 444-4000 <br><br> ___4/29/2016_____ <br> Date |

4